

**FILED**

11/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0556

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0556

**FILED**

NOV 1 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

JAMAL M. KASEM,

    Petitioner,

MONTANA THIRTEENTH JUDICIAL
DISTRICT, YELLOWSTONE COUNTY, HON.
ASHLEY HARADA, Presiding

    Respondent.

O R D E R

---

Petitioner Jamal M. Kasem, via counsel, seeks a writ of supervisory control to vacate an Order of the Thirteenth Judicial District Court, Yellowstone County, denying his substitution motion in Cause No. DC-20-673. He further requests that the District Court matter be stayed pending the resolution of this petition.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Thirteenth Judicial District Court and the State of Montana, or both, are each granted twenty days from the date of this Order, to prepare, file, and serve a response to the petition for writ of supervisory control.

IT IS FURTHER ORDERED that the proceedings in the underlying case are STAYED pending this Court's decision on the Petition.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Thirteenth Judicial District Court, Yellowstone County, Cause No. DC-20-673, and the Honorable Ashley Harada, presiding.

DATED this 16 day of November, 2021.

Chief Justice

_____

_____

_____

_____
Justices